UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-22883-CV-KING

DEVON CLARKE,

    Plaintiff,

vs.

UNITED COLLECTION BUREAU, INC.,

    Defendant.
_____/

### ORDER DIRECTING DEFENDANT TO FILE ESTIMATED LENGTH OF TRIAL

**THIS MATTER** comes before the Court *sua sponte*.

Defendant filed the Notice of Removal on August 9, 2021. DE 1. The Court reviewed the Notice of Removal, and the Civil Cover Sheet (DE 1-2) does not state the estimated length of jury trial of this matter.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** the number of days of estimated length of trial (for both sides to try entire case), **within five (5) days; on or before August 16, 2021**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of August, 2021.

                                              _/s/ James Lawrence King_
                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

**cc:**    All Counsel of Record